**EXHIBIT 2:** INFRINGEMENT #1
URL: https://consequence.net/2020/03/dave-grohl-pantera-story/



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/consequence/photos/a.10150265867111648/10159978660886648/?type=3&is_lookaside=1

