UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80138-CIV-CANNON

**JOE GIRON**,

    Plaintiff,

v.

**CONSEQUENCE SOUND LLC**,

    Defendant.

_____/

**ORDER TO SERVE**

**THIS CAUSE** comes before the Court upon a sua sponte examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons with a copy of the complaint to be perfected upon defendant within 90 days after the filing of the complaint. Plaintiff filed this action on January 31, 2025 [ECF No. 1]. The deadline to serve Defendant in this action thus remains May 1, 2025, yet to date there is no indication that Defendant has been served.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **May 1, 2025**, Plaintiff shall perfect service upon Defendant.

2. **Failure to file proof of service or to show good cause by May 1, 2025, will result in the case being dismissed as to Defendant without prejudice.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of April 2025.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record