# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 25-CV-80138-AMC

**Plaintiff: Joe Giron**
vs.
**Defendant: Consequence Sound LLC**

For:
Marian Quintero
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by Erick Maillard on the 5th day of February, 2025 at 4:58 pm to be served on **CONSEQUENCE SOUND, LLC C/O RICK CATINELLA, 5301 NORTH FEDERAL HIGHWAY, SUITE 150, BOCA RATON, FL 33487.**

I, Erick Maillard, being duly sworn, depose and say that on the **2nd day of April, 2025** at **9:05 pm**, I:

**CORPORATE SERVICE**, served the within named LLC by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me to **RICK CATINELLA** as **REGISTERED AGENT** at the address of **570 GOLDEN HARBOUR DR, BOCA RATON, FL 33432-2942** pursuant to F.S. 48.062.

**Additional Information pertaining to this Service:**
2/6/2025 10:00 am Attempted service at 5301 NORTH FEDERAL HIGHWAY SUITE 150, BOCA RATON, FL 33487 Office was closed
2/10/2025 4:50 pm Attempted service at 5301 NORTH FEDERAL HIGHWAY SUITE 150, BOCA RATON, FL 33487 Office was closed
2/12/2025 1:50 pm Attempted service at 5301 NORTH FEDERAL HIGHWAY SUITE 150, BOCA RATON, FL 33487 Office was closed
2/17/2025 12:00 pm Attempted service at 5301 NORTH FEDERAL HIGHWAY SUITE 150, BOCA RATON, FL 33487 Office was closed
2/21/2025 2:30 pm Attempted service at 5301 NORTH FEDERAL HIGHWAY SUITE 150, BOCA RATON, FL 33487 Office was closed
3/1/2025 2:10 pm Attempted service at 570 GOLDEN HARBOUR DR, BOCA RATON, FL 33432-2942 No car, no answer
3/5/2025 5:10 pm Attempted service at 570 GOLDEN HARBOUR DR, BOCA RATON, FL 33432-2942 No car, no answer
3/10/2025 1:00 pm Attempted service at 570 GOLDEN HARBOUR DR, BOCA RATON, FL 33432-2942. Out of the Country right now per neighbor.
3/18/2025 8:45 pm Attempted service at 570 GOLDEN HARBOUR DR, BOCA RATON, FL 33432-2942 No answer

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 150, Hair: Salt & Pepper, Glasses: N



## AFFIDAVIT OF SERVICE For 25-CV-80138-AMC

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**Erick Maillard**
CPS #907

Gotcha Legal Services, Inc.
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2025002323

Subscribed and Sworn to before me by means of [X] physical presence or [ ] online notarization this the 9 day of April, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

GABRIELLE MARIE THOMAS
Notary Public-State of Florida
Commission # HH 525447
My Commission Expires
May 09, 2028