UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Joe Giron,<br><br>    Plaintiff,<br><br>  v.<br><br>Consequence Sound LLC,<br><br>    Defendant. | Civil Action No.: 9:25-cv-80138-AMC |

**DEFENDANT'S ANSWER**

  Defendant Consequence Sound LLC ("Defendant" or "Consequence"), by and through its undersigned counsel, denies each and every allegation made in the Complaint filed by Plaintiff Joe Giron ("Plaintiff") except as admitted or qualified as follows:

  1.  Admitted.

  2.  Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

  3.  Admitted.

  4.  Admitted.

  5.  Admitted.

  6.  Denied.

  7.  Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

  8.  Admitted.

  9.  Admitted.

10. Admitted.

11. Admitted.

12. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

13. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

14. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

15. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

16. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

17. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

18. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

19. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

20. Admitted.

21. Admitted.

22. Admitted.

23. Denied.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Denied.

29. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

30. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

31. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

32. Admitted.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Admitted.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

43. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

44. Consequence admits only that it received one letter from Plaintiff's counsel dated April 10, 2023 concerning the alleged infringement..

45. Denied.

46. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

47. No answer is required.

48. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

49. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

50. Consequence lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. No answer is required.

**AFFIRMATIVE DEFENSES**

1. Plaintiff is not entitled to relief because Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff is not entitled to relief because Consequence's use of the subject photograph constitutes non-actionable fair use.

Respectfully submitted,

Dated: April 23, 2025           By:    /C. Cory Mauro/
C. Cory Mauro
Florida Bar No. 384739
MAURO LAW P.A.
1001 Yamato Road, Suite 401
Boca Raton, Florida 33431
(t) 561.202.1992
(e) cory@maurolawfirm.com
(e) service@maurolawfirm.com

Anderson J. Duff (*pro hac vice* to be filed)
DUFF LAW PLLC
353 Ocean Avenue Ste. 4E
New York, New York 11226
(t) 646.450.3607
(e) ajd@hoganduff.com

## CERTIFICATE OF SERVICE

      I, C. Cory Mauro, hereby state that I served the foregoing motion on Plaintiff via ECF on April 23, 2025.

      /C. Cory Mauro/