**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No: 9:25-cv-80138-AMC**

Joe Giron,

      Plaintiff,

      v.

Consequence Sound LLC,

      Defendant.

_____/

**JOINT PROPOSED SCHEDULING ORDER**

THIS CAUSE is set for trial during the Court's **October 2026** trial calendar. The **Calendar Call** will be held on **Thursday**, **September 24, 2026**. A final pre-trial conference will be held on **August 25, 2026**.

This case is assigned to an Expedited Track under Local Rule 16.1(a)(2)(B) of the Southern District of Florida. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Selection of a mediator and scheduling of a time, date, and place for mediation | **July 25, 2025** |
| 2. | Joinder of any additional parties and filing of motions to amend the pleadings by | **August 8, 2025** |
| 3. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **November 14, 2025** |
| 4. | Parties shall exchange rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 12, 2025** |
| 5. | Fact and Expert discovery shall be completed by | **January 16, 2026** |

| 6.  | Mediation shall be completed by | **March 20, 2026** |
|-----|---|---|
| 7.  | Dispositive motions, including those regarding summary judgment and *Daubert,* shall be filed by | **April 17, 2026** |
| 8.  | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **August 14, 2026** |
| 9.  | Pre-trial conference | **August 25, 2026** |
| 10. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **September 18, 2026** |
| 11. | Calendar Call | **September 24, 2026** |
| 12. | Trial | **October 5, 2026** |

**DONE** and **ORDERED** in chambers at Miami, Florida this ____ day of 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record